UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Petitioner )<br>           )<br>V.          )<br>           )<br>GERARD ADOMUNES  )<br>    Respondent ) | M.B.D. No.<br>**04MBD10298** |

### AFFIDAVIT OF REVENUE OFFICER

I, Daniel Yee, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Gerard Adomunes, are true to the best of my knowledge and belief.

_Daniel Yee_
Revenue Officer
Internal Revenue Service

On this 20Th day of July, 2004 before me, the undersigned notary public, personally appeared _Daniel Yee - at 1250 Hancock Street, Quincy, Ma_ proved to me through satisfactory evidence of identification, which were _IRS Commission_ to be the person whose name is signed on this document in my presence.

My Commission expires: Nov. 15, 2007    _Iasawania Ganalou_
                NOTARY PUBLIC

