UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,        )
              Petitioner,        )
                                 )
v.                               )   M.B.D. No. 04-MC-10298-NMG/LPC
                                 )
GERARD ADOMUNES,                 )
              Respondent.        )
                                 )
```

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on October 13, 2004. This Court issued an Order to Show Cause for the respondent to appear before the Court on November 4, 2004 at 2:00 pm.

The petitioner now seeks to withdraw its petition because the respondent, Gerard Adomunes, has complied with the Internal Revenue Service Summons.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

By: _____
ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
_____
10/27/04
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>            Petitioner,<br><br>v.<br><br>RUTH A. ADOMUNES,<br>            Respondent. | M.B.D. No. 04-MC-10297-NMG/LPC |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on October 13, 2004. This Court issued an Order to Show Cause for the respondent to appear before the Court on November 4, 2004 at 2:00 pm.

The petitioner now seeks to withdraw its petition because the respondent, Ruth A. Adomunes, has complied with the Internal Revenue Service Summons.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

By: _____
ANTON P. GIEDT
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
_____
10-27-04
Assistant U.S. Attorney